# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Rodriguez, Xavier | 2. Court or Organization<br><br>Western District of Texas | 3. Date of Report<br><br>04/18/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>655 E. Durango Blvd.<br>San Antonio, Texas 78206 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Federal Bar Association, San Antonio Chapter |
| 2. President | Inns of Court, William S. Sessions Inn |
| 3. Regent | Texas Lutheran University |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Rodriguez, Xavier**

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 04/18/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Univ. of Texas at San Antonio - teaching | $3,000 |
| 2. 2010 | St. Mary's Univ. School of Law - teaching | $5,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Judson I.S.D. - Teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | March 5, 2010 | Austin, Texas | Deliver CLE speech | mileage, parking and meal |
| 2. | Univ. of Texas Law School Foundation | March 27 & 28, 2010 | Austin, Texas | Deliver speech | mileage, hotel, parking and meal |
| 3. | State Bar of Texas | April 22 & 23, 2010 | Austin, Texas | Attend State Bar Comm. meeting | mileage, hotel and parking |
| 4. | State Bar of Texas | May 14, 2010 | Houston, Texas | Deliver CLE speech | airfare and parking |
| 5. | State Bar of Texas | September 9 - 11, 2010 | Ft. Worth, Texas | Attend State Bar Litigation Council meeting | airfare, meals and hotel |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rodriguez, Xavier | 04/18/2011 |

| 6. | State Bar of Texas | September 21 & 22, 2010 | Austin, Texas | Attend State Bar Comm mtg | mileage, hotel and lunch |
| --- | --- | --- | --- | --- | --- |
| 7. | Austin Intellectual Property Law Assoc. | November 12 & 13, 2010 | Austin, Texas | Attend meeting | hotel, milegae and meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 04/18/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 04/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity IRA Baron Growth | A | Dividend | K | T | | | | | |
| 2. Fidelity IRA Equity Income | A | Dividend | L | T | | | | | |
| 3. Fidelity IRA Government Income | A | Dividend | J | T | | | | | |
| 4. Fidelity IRA Low Priced Stock | A | Dividend | K | T | | | | | |
| 5. Fidelity IRA Mid Cap Stock | A | Dividend | K | T | | | | | |
| 6. Fidelity IRA Puritan | A | Dividend | J | T | | | | | |
| 7. Fidelity IRA Intermediate Bond | A | Dividend | L | T | | | | | |
| 8. Fidelity IRA Oakmark Equity Income | A | Dividend | J | T | | | | | |
| 9. Frost National Bank Market Index | A | Interest | J | T | | | | | |
| 10. Frost National Bank | A | Interest | K | T | | | | | |
| 11. American Balanced Fund | A | Dividend | L | T | | | | | |
| 12. American Balanced Fund - 529 | A | Dividend | M | T | | | | | |
| 13. Fidelity IRA FBALX | A | Dividend | K | T | | | | | |
| 14. Fidelity IRA Int'l Discovery | A | Dividend | J | T | | | | | |
| 15. Fidelity IRA Contrafund | A | Dividend | L | T | | | | | |
| 16. Fidelity IRA Quanitative Emerging Markets | A | Dividend | J | T | | | | | |
| 17. Teacher Retirement System of Texas | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 04/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Firstmark | A | Interest | J | T | | | | | |
| 19. Royalty Interest, Lavaca County, Texas | A | Royalty | J | T | | | | | |
| 20. Fidelity IRA Leveraged Co. Stock | A | Dividend | K | T | | | | | |
| 21. Fidelity IRA Strategic Income | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 04/18/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rodriguez, Xavier | 04/18/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Xavier Rodriguez

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544